# Exhibit C

so crazy

I don't even know how iCloud works for him to be able to hack it

Same I don't know either

But isn't that how other artists have been hacked before

I cannot even get into my own iCloud when I get a new phone

LITERALLY ME lol

I wonder why Taylor's team never took action

but if he really does have access to Kelseas iCloud that's so bad

Yeah that'd be reallllllll bad

also if Kayla and Hannah are spreading it 🫢

WOOOOOOOF

Yeah idk who's doing the spreading I just know Kayla was the one who sent it to me

And she got it from Bo